UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMARION GALLOWAY,

    Defendant.

Case No. 3:23-cr-116-3

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO STRIKE ALLEGATIONS IN THE SUPERSEDING INDICTMENT AS TO DEFENDANT DAMARION GALLOWAY ONLY (Doc. No. 178); AND (2) STRIKING THE ALLEGATIONS CONCERNING DEATH AND SERIOUS BODILY INJURY FROM COUNT 1 OF THE AMENDED SUPERSEDING INDICTMENT AS TO DEFENDANT GALLOWAY ONLY (Doc. No. 170)**

---

This criminal case is before the Court upon the Government's unopposed motion to strike allegations in the superseding indictment as to Defendant Damarion[1] Galloway. Doc. No. 178. For good cause shown, and absent opposition by Defendant Galloway, the Court **GRANTS** the Government's motion and **STRIKES** the allegations concerning death and serious bodily injury from Count 1 of the amended superseding indictment as to Defendant Galloway only. *See* Doc. No. 170 at PageID 1384; Doc. No. 178 at PageID 1416.

The amended superseding indictment shall now read as to Defendant Galloway only:

Beginning on an exact date unknown but at least by in and around September 2022 and continuing through on or about January 11, 2024, in the Southern District of Ohio, defendant D[A]MARION GALLOWAY aka "Duke," and others did knowingly and intentionally conspire to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine, methamphetamine, and fentanyl (also known as N-phenyl-N-

---

[1] Defendant's first name is spelled both "Damarion" and "Demarion" in the case record.

[1- (2-phenylethyl)-4-piperidinyl] propenamide), all Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

Doc. No. 178 at PageID 1416.

**IT IS SO ORDERED.**

  December 23, 2025                                s/Michael J. Newman  
                                                                           Hon. Michael J. Newman  
                                                                           United States District Judge