UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMARION GALLOWAY,

    Defendant.

Case No. 3:23-cr-116-3

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 183); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 162); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN AMENDED COUNT 1 AND AMENDED COUNT 10 OF THE AMENDED SUPERSEDING INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 183), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 162) is **GRANTED**. The Court **ACCEPTS** Defendant's plea of guilty as charged in Amended Count 1 and Amended Count 10 of the amended superseding indictment, which charges him with conspiracy to possess with intent to distribute and to distribute cocaine, methamphetamine, and fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(l)(C) and 846, and with possession of a firearm in furtherance of a drug trafficking crime, in violation of l8 U.S.C. § 924(c). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

<u>January 9, 2026</u>

                                                                                      s/*Michael J. Newman*
                                                                                       Hon. Michael J. Newman
                                                                                       United States District Judge